**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| Anita Verma, *et al.* | * |
| | * |
| v. | *   Case No. 18-cv-03581-PJM |
| | * |
| | * |
| Pennsylvania Higher Education | * |
|     Assistance Agency, *et al.* | * |

## PLAINTIFFS' STATUS REPORT

*TO THE HONORABLE COURT:*

Plaintiffs Anita Verma and Danish Verma initiated this action on November 21, 2018. Summons for the Defendants were issued on November 26, 2018. Despite the issuance of Summons in November, undersigned counsel could not verify service was properly made on the Defendants. As such, on February 4, 2019, counsel personally served all Defendants via certified mail, return receipt requested, to their respective designated agents. On February 5, 2019, this Court entered an Order directing the parties to file status reports. As of the filing of this report, the U.S. Postal Service tracking demonstrates that Summons and Compliant have been delivered to Defendants DeVos (via service on the Department and U.S. Attorney) and Navient Solutions, LLC, and is "Out for Delivery" to Defendant Pennsylvania Higher Education Assistance Agency.

Plaintiff expects to file the Proof of Service with signed return receipts within the next ten (10) days.

Respectfully Submitted,

**Montero Law Group, LLC**

/s/ *Michael A. Ostroff*
Michael A. Ostroff, Esq. # 17803
1738 Elton Road, Suite 105
Silver Spring, Maryland 20903
301-588-8100
mostroff@monterolawgroup.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**:

I certify that on February 8, 2019, a copy of the foregoing, was mailed, postage pre-paid, to:

Pennsylvania Higher Education Assistance
Agency d/b/a American Education Services
C/o The Corporation Trust, Inc.
351 West Camden Street
Baltimore, MD 21201

Navient Solutions, LLC
f/k/a Sallie Mae, Inc.
C/oCSC-Lawyers Incorporating Service Co.
7 St. Paul Street, Ste 820
Baltimore, MD 21202

Betsy DeVos, Secretary
C/o General Counsel
U.S. Dept. of Education
300 Maryland Avenue, SW
Washington, DC 20202

Betsy DeVos, Secretary
C/o General Counsel
U.S. Dept. of Education
300 Maryland Avenue, SW
Washington, DC 20202

Betsy DeVos, Secretary
U.S. Dept. of Education
C/o Robert K. Hur, U.S. Attorney
6406 ivy Lane, Ste 800
Greenbelt, MD 20770

/s/ *Michael A. Ostroff*
Michael A. Ostroff, Esq. # 17803