**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ANITA VERMA, *et al.,* )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PENNSYLVANIA HIGHER EDUCATION )<br>ASSISTANCE AGENCY, *et al.,* )<br>)<br>Defendants. )<br>) | Case No. 8:18-cv-03581-PJM |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of John Troost as counsel for the Defendant, Navient Solutions, LLC, f/k/a Sallie Mae, Inc., in the above-captioned matter.

               Respectfully submitted,

               */s/ John Troost*
               John Troost
               Stradley Ronon Stevens & Young, LLP
               1250 Connecticut Ave., N.W., Suite 500
               Washington, D.C. 20036
               (202) 507-5155
               (202) 822-0140 (fax)
               jtroost@stradley.com
               *Counsel for Defendants Navient Solutions, LLC,*
               *f/k/a Sallie Mae, Inc.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of February, 2019, I served a copy of the foregoing via CM/ECF on all counsel of record.

                                        */s/ John Troost*
                                        John Troost, Esq.